IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERNST REUTER,

        Plaintiff,

        v.

NORIDIAN MUTUAL INSURANCE COMPANY,

        Defendant.

Civ. No. 6:16-cv-02243-MC

OPINION AND ORDER

**MCSHANE, Judge**:

      Plaintiff *pro se* filed his original complaint on October 7, 2016 in Lane County state court and was subsequently removed to federal court. Notice of Removal Ex. A, ECF No. 1. On January 12, 2017, this Court issued an order dismissing plaintiff's complaint for failing to allege facts sufficient to raise a right of relief. Order, ECF No. 19. In consideration of plaintiff's *pro se* status, this Court granted plaintiff until February 12, 2017 "to file an amended complaint curing the deficiencies identified." *Id*. at 3. The Court also offered to provide plaintiff with pro bono counsel for purposes of a consultation on how best to proceed along with contact information. *Id*.

1 – OPINION AND ORDER

Plaintiff has not taken additional action since that time. Accordingly, because plaintiff failed to comply with the Court's order (ECF No. 19), this action is dismissed.

IT IS SO ORDERED.

    Dated this 1st day of March, 2017.

                                         ____/s/Michael J. McShane_____
                                               **Michael J. McShane**
                                          **United States District Judge**